**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7608

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHAWN WILLIAM ASHE,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Paul Trevor Sharp, Magistrate Judge. (CR-92-191)

Submitted: December 26, 1996        Decided: January 13, 1997

Before MURNAGHAN and NIEMEYER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Shawn William Ashe, Appellant Pro Se. Robert Michael Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order denying his motion for production of transcripts and other court documents at government expense. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the magistrate judge and because the appeal is frivolous. United States v. Ashe, No. CR-92-191 (M.D.N.C. Sept. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2